# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 12cr3745-JM |
| Plaintiff, | BY: _____ DEPUTY |
| vs. | **JUDGMENT OF DISMISSAL** |
| JORDANE BRIAN NAVARRO, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__x__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

21:952 & 960 - Importation of a Controlled Substance and Possession of a Controlled Substance

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 10/16/12

Jan M. Adler
U.S. Magistrate Judge